Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 | **DATE** | 5/22/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. TOMMIE AKINS | | |

**DOCKET ENTRY TEXT**

The arraignment on May 29, 2008 at 9:00 a.m. is referred to the designated magistrate judge. The government shall provide all Rule 16 discovery by June 5, 2008. Pretrial motions shall be filed by June 23, 2008. Pretrial conference is set on June 25, 2008 at 2:00 p.m. Trial is set on July 21, 2008 at 9:00. Guilty plea, if any, should be offered before June 25, 2008.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|