Order Form (01/2005)

# United States District Court, Northern District of Illinois

H HN

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 400 - 1 | DATE | 05/29/08 |
| CASE TITLE | USA vs. Tommie Lee Akins | | |

**DOCKET ENTRY TEXT**

Case called for arraignment. Defendant's counsel advised that defendant resides out-of-state and does not have financial resources for travel. Arraignment is continued to 06/04/08 at 9:45 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|