# United States District Court, Northern District of Illinois

M HN

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 - 1 | **DATE** | 5/29/2008 |
| **CASE TITLE** | USA vs. Tommie Lee Akins | | |

**DOCKET ENTRY TEXT**

Defendant's Motion for Pre-payment of Defendant's Travel Expenses is granted. Enter Order.

Docketing to mail notices.



| | Courtroom Deputy Initials: | LXS |
|---|---|---|