Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| CASE NUMBER | 08 CR 400 - 1 | DATE | 06/04/08 |
| CASE TITLE | USA vs. Tommie Lee Akins | | |

**DOCKET ENTRY TEXT**

Case called for arraignment. Defendant's counsel advised that defendant resides out-of-state and transportation was not been provided as out-lined in minute order dated 05/29/08 [dockt #9] issued by this Court. Defendant's oral motion for second request for pre-pay of defendant's travel expenses by the U.S.M.S. is granted. Enter order. Arraignment is continued to 06/10/08 at 3:00 p.m. Counsel for the government and defendant are directed to advise the district court of this matter.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|