IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris, ) | Hon. Mag. Nolan |
| Defendant. ) | |

### ORDER

This cause coming on to be heard pursuant to previous Order, and the Court being informed that the defendant is without financial resources to pay for travel from his residence in Omaha, Nebraska to his required appearance in Chicago, Illinois, in the above captioned cause, it is hereby ordered that:

The United States Marshal for the United States District Court for the Northern District of Illinois provide and pay for round trip transportation for the defendant Tommie Lee Atkins to travel from his residence in Omaha, Nebraska to Chicago, Illinois, for his hearing for the arraignment in the above-captioned cause on June 10, 2008, at 3:00 pm. The United States Marshal is requested to provide transportation by commercial bus service, if possible, so that the defendant can be accompanied by his spouse at her own expense in order to assist him, due to his physical disabilities.

*Hon R. Nolan*
Hon. Nan R. Nolan
6-4-08

James F. Young
53 W. Jackson Blvd.
Suite 820
Chicago, IL 60604