IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, | ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris", | ) | Hon. Mag. Nolan |
| Defendant. | ) | |

**MOTION TO RESCHEDULE PRE-
TRIAL CONFERENCE AND/OR TRIAL DATE**

JAMES F. YOUNG, an attorney of the Panel of the Federal Defender Program, moves the Court to enter an Order to reschedule the pre-trial conference date and the date currently set for trial, due to the fact that the arraignment of the defendant has been postponed, due to no fault of the defendant, to June 10, 2008. In support of this Motion, movant states:

1. The movant is a member of the Panel of the Federal Defender Program and was contacted and assigned to represent the defendant, currently a resident of Omaha, Nebraska, in the above captioned cause on May 28, 2008, for his scheduled arraignment on May 29, 2008.

2. Movant spoke by telephone on May 28, 2008, to the defendant who informed movant that:

   A. He is without financial resources to retain private counsel in this cause, and
   B. He was without financial resources to pay for the cost of transportation from his residence in Omaha, Nebraska, to Chicago, Illinois.

3. Movant is informed by the defendant and the pre-trial service report that the defendant, 63 years of age, takes medications for high blood pressure, high cholesterol and his prostate and has arthritis.

4. On May 29, 2008, pursuant to movant's Motion, the Honorable Nan Nolan entered an order directing the United States Marshal to provide the defendant with pre-paid transportation for his re-scheduled arraignment date of June 4, 2008, but the office of the Marshal was unable to so provide that transportation, and movant was so informed on June 3, 2008.

5. On June 4, 2008, the Hon. Nan Nolan rescheduled the arraignment to June 10, 2008, at 3:00 p.m., and again entered an order directing the Marshal to provide transportation for the defendant.

6. On June 5, 2008, movant was informed by the Marshal's office that the most efficient manner of providing bus transportation for the defendant would be for movant to pay for same, to be reimbursed by that office.

7. Commercial bus transportation has been paid for by movant for the defendant to appear at the currently scheduled arraignment of June 10, 2008.

8. Movant believes that it will be necessary to have an additional two weeks to review the case and discovery materials with the defendant, to and including July 9, 2008, and also requests a similar two week postponement of the trial of the cause to August 4, 2008, in the event that the defendant does not enter a plea of guilty by July 9, 2008.

9. Movant has discussed this rescheduling with counsel for the Government,

Bethany Biesenthal, who has no objection to the above requested rescheduling.

WHEREFORE, movant requests an order of this Court rescheduling the pre-trial conference date to July 9, 2008, and the trial date to August 4, 2008.

Respectfully submitted,


/s/James F. Young


## CERTIFICATE OF SERVICE

The undersigned an attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE AND/OR TRIAL DATE

was served pursuant to the district court's ECF system as to ECF filings, on June 9, 2008, to counsel/parties,

BY /s/James F. Young
Attorney for Tommie Lee Akins, Defendant


JAMES F. YOUNG
Attorney at Law
53 West Jackson Boulevard
Suite 820
Chicago, Illinois  60604
(312) 461-0374