IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, | ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris", | ) | Hon. Mag. Nolan |
| Defendant. | ) | |

## NOTICE OF MOTION

To:    Bethany Biesenthal, Esq.
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, IL 60604

    Please be advised that I shall appear before Hon. Suzanne Conlon Room 1743 in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on June 12, 2008, at 9:00 a.m., and then and there request a hearing on the **MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE AND/OR TRIAL DATE**, a copy of which is attached and hereby served upon you.

    /s/James F. Young

James F. Young
Attorney at Law
53 West Jackson Boulevard
Suite 820
Chicago, IL 60604
(312) 461-0374