IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris", ) | Hon. Mag. Nolan |
| Defendant. ) | |

### NOTICE OF MOTION

To:   Bethany Biesenthal, Esq.
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, IL  60604

   Please be advised that I shall appear before Hon. Suzanne Conlon Room 1743 in the United States District Courthouse, 219 South Dearborn Street, Chicago, Illinois, on June 12, 2008, at 9:00 a.m., and then and there request a hearing on the **MOTION TO RESCHEDULE PRE-TRIAL CONFERENCE AND/OR TRIAL DATE** , a copy of which is attached and hereby served upon you.

                                              /s/James F. Young

James F. Young
Attorney at Law
53 West Jackson Boulevard
Suite 820
Chicago, IL  60604
(312) 461-0374

### CERTIFICATE OF SERVICE

   The undersigned an attorney hereby certifies that in accordance with Fed. R. Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

### NOTICE OF MOTION

was served pursuant to the district court's ECF system as to ECF filings, on June 10, 2008, to counsel/parties,

                              BY  /s/James F. Young
                              Attorney for Tommie Lee Akins, Defendant