Order Form (01/2005)



## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 - 1 | **DATE** | 6/10/2008 |
| **CASE TITLE** | USA vs. Tommie Lee Akins | | |

**DOCKET ENTRY TEXT**

**Initial appearance proceedings held.** Defendant Tommie Lee Akins appears in response to arrest on 06/10/08. Defendant informed of his rights. Enter order appointing James Young of the Federal Defender Program/Panel as counsel for defendant. Enter Order Setting Conditions of Release. **Arraignment proceedings held.** Defendant waives formal reading of Indictment. Defendant informed of his rights and enters plea of not guilty. Time is hereby excluded from 06/10/08 to and including 06/25/08 pursuant to 18 U.S.C. 3161(h)(1) and U.S. v. Tibboel, 753 F.2d 608 (7th Cir. 1985).　　　X-T

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|