Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 - 1 | **DATE** | 05/29/08 |
| **CASE TITLE** | USA vs. Tommie Lee Akins | | |

**DOCKET ENTRY TEXT**

Minute order dated 05/29/08 - docket entry #8 is amended to include only the following: Time is hereby excluded from 05/29/08 to and including 06/04/08 pursuant to 18 U.S.C. 3161(h)(1) and U.S. v. Tibboel, 753 F.2d 608 (7th Cir. 1985).　　　X-T

Docketing to mail notices.

00:00

| | | Courtroom Deputy Initials: | LXS |
|---|---|---|---|