IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 08 CR 400 |
| TOMMIE LEE AKINS, | ) | Hon. Judge Conlon |
| a/k/a "Tommie Harris", | ) | Hon. Mag. Nolan |
| Defendant. | ) | |

**NOTICE OF WITHDRAWAL OF DEFENDANT'S
MOTION TO RESCHEDULE PRE-
TRIAL CONFERENCE AND/OR TRIAL DATE**

JAMES F. YOUNG, counsel for Tommie Lee Akins, hereby serves notice that the

defendant withdraws his previously filed Motion To Reschedule Pre-Trial Conference

And/Or Trial Date.

Respectfully submitted,

/s/James F. Young

**CERTIFICATE OF FILING**

The undersigned an attorney hereby certifies that in accordance with Fed. R.
Crim. P. 49, Fed. R. Div. P. 5, LR 5.5, and the General Order on Electronic Case Filing
(ECF), the following document:

**NOTICE OF WITHDRAWAL OF DEFENANT'S MOTION TO RESCHEDULE PRE-
TRIAL CONFERENCE AND/OR TRIAL DATE**

was served pursuant to the district court's ECF system as to ECF filings, on June 12,
2008, to counsel/parties,

BY /s/James F. Young
Attorney for Tommie Lee Akins, Defendant

JAMES F. YOUNG
Attorney at Law
53 West Jackson Boulevard, Suite 820
Chicago, Illinois 60604
(312) 461-0374