# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 | **DATE** | 6/12/08 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. TOMMIE LEE AKINS, aka Tommie Harris | | |

**DOCKET ENTRY TEXT**

Defendant's motion [13] to reschedule the pre-trial conference and/or trial date is entered and continued to June 16, 2008 at 9:00 a.m. Defendant's presence is required.

*Suzanne B. Conlon*

*T F attorneys*

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|