# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 | **DATE** | 6/16/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. TOMMIE LEE AKINS | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendant's failure to appear, his attorney James F. Young's failure to appear and also Assistant United States Attorney Bethany Kaye Biesenthal's failure to appear are noted. Defendant's motion to reschedule pretrial conference and/or trial date is entered and continued to June 18, 2008 at 9:00 a.m. All counsel and the defendant are directed to be present.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|