# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 400 | **DATE** | 6/18/2008 |
| **CASE TITLE** | UNITED STATES OF AMERICA vs. TOMMIE LEE AKINS, also known as Tommie Harris | | |

**DOCKET ENTRY TEXT**

Defendant's request for transfer for plea and sentencing pursuant to Rule 20 is granted. All previously set dates are vacated. Defendant's motion to reschedule pre-trial conference and/or trial date [13] is moot.

*Suzanne B. Conlon*

Notified counsel by telephone. Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | WH |
|---|---|---|

Case 1:08-cr-00400   Document 25   Filed 06/18/2008   Page 1 of 1

08CR400 UNITED STATES OF AMERICA vs. TOMMIE LEE AKINS, also known as Tommie Harris                Page 1 of 1