**FILED**

JUN 1 7 2008

Judge Suzanne B. Conlon
United States District Court

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

JUN 1 7 2008

JUDGE SUZANNE B. CONLON
United States District Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   08 CR 400 |
| vs. | ) | |
| | ) | |
| TOMMIE LEE AKINS, | ) | |
| also known as "Tommie Harris" | ) | |

### REQUEST FOR TRANSFER FOR PLEA AND SENTENCING PURSUANT TO RULE 20

Comes now the Defendant, Tommie Lee Akins, by counsel, James Young, and hereby offers the following in support of his request for transfer pursuant to Rule 20 of the Federal Rules of Criminal Procedure:

1. I wish to waive trial and to plead guilty to mail fraud, as charged in the Indictment pending against me in the Northern District of Illinois under this cause number.

2. I hereby consent to disposition of this case in the District of Nebraska.

3. I have been advised that the United States Attorneys in both districts approve of this transfer and will offer such approval in writing to the Court.

WHEREFORE, the Defendant moves to transfer this case to the District of Nebraska.

Respectfully submitted,

_6/13/08_
DATE

_Tommie Lee Akins_
Tommie Lee Akins
Defendant

_6-17-08_
DATE

_James Young_
James Young
Attorney for Defendant