USA-153 Consent to Transfer of Case for Plea and Sentence (Under Rule 20)

In the United States District Court

for the **Northern** DISTRICT OF **Illinois**

UNITED STATES OF AMERICA

V.

TOMMIE LEE AKINS aka
Tommie Harris

CRIMINAL NUMBER: 08 CR 400

Consent to Transfer of Case for Plea
and Sentence
*(Under Rule 20)*

FILED
6-19-08
JUN 1 9 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

I, **Tommie Lee Akins**, defendant, have been informed that an *(indictment, information, complaint)* is pending against me in the above designated cause. I wish to plead **guilty** to the offense charged, to consent to the disposition of the case in the _____ District of **Nebraska** in which I, **reside**, (am under arrest, am held) and to waive trial in the above captioned District.

Dated: June 17th 2008 at 8:33 a.m.

_____
(Defendant)

_____
(Witness)

_____ 6/18/08 @ 2:30 pm
(Counsel for Defendant)

_____ 6/18/08 @ 12:15 pm
(Assistant United States Attorney)

Approved

_____ For PJF
United States Attorney for the
Northern District of
Illinois

_____
United States Attorney for the
District of
Nebraska

U.S. Department of Justice                                                    Rule 20 -- Transfer Notice

| To: | Patrick J. Fitzgerald, US Attorney<br>Bethany K. Biesenthal, AUSA<br>US Attorney's Office<br>Northern District of Illinois | District<br>Northern District of Illinois | Date |
|---|---|---|---|
| Name of Subject:<br>TOMMIE AKINS aka Tommie Harris | | Statute Violated<br>18 USC 1341 | File Data *(Initials and Number)* |

## Part A -- District of Arrest

☐ The above-named subject has been apprehended in this jurisdiction and indicates amenability to Rule 20 disposition of the changes pending against him in your court. Kindly indicate whether you are agreeable to Rule 20 disposition and forward two certified copies of indictment or information if any.

☐ Enclosed is a certified copy of waiver of indictment by defendant. Kindly file criminal information and forward two certified copies thereof.

☒ Enclosed is Consent to Transfer form executed in duplicate (one copy for your files) by defendant and the United States Attorney in the district of arrest. Kindly add your consent and have the Clerk of your district transmit the papers in the proceeding or certified copies thereof to the Clerk of the Court in this district in accordance with the Rule Docket No.

☐ Other *(Specify):* 08 CR 400

F I L E D

JUN 1 9 2008

☐ The above-named defendant entered a plea of guilty under Rule 20.
   Date of Plea          Date of Sentence          Sentence

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| From *(Signature and Title)* | Address | US Attorney's Office<br>District of Nebraska<br>Omaha, Nebraska |
|---|---|---|

## Part B -- District of Offense

☒ I am agreeable to Rule 20 disposition.

☐ I am not agreeable to Rule 20 disposition. Defendant's appearance is desired at
                                                                            on                 at                 o'clock

☒ *(Kindly notify me of any anticipated delay)*
Enclosed are two certified copies of indictment or information          Docket No. 08 CR 400

☐ Please have defendant execute waiver of indictment.

☐ Other *(Specify):*

| Signature *(Name and Title)*<br>SERGIO E. ACOSTA<br>CHIEF, GENERAL CRIMES SECTION | District<br>Northern District of Illinois | Date<br>6-12-08 |
|---|---|---|

See United States Attorneys Manual 9-14.000 for an explanation of procedures under Rules 7 & 20, Federal Rules of Criminal Procedure.
**Replaces OBD-101, Fed. 83 edition may be used**

FORM USA-231
NOV. 85