UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURTHOUSE
219 S. DEARBORN
CHICAGO ILLINOIS 60604
June 26, 2008

MICHAEL W. DOBBINS, CLERK
OFFICE OF THE CLERK

Ms. Denise M. Lucks, Clerk
United States District Court
Roman L. Hruska United States
 Courthouse, Suite 1152
111 South 18th Plaza
Omaha, NE 68102



FILED
JUL 7 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: UNITED STATES OF AMERICA -v- Tommie Lee Akins
TRANSFERRING DISTRICT'S CASE NUMBER: 08 cr 400-1
RECEIVING DISTRICT'S CASE NUMBER:

Dear Sir:

Pursuant to Rule 20 of the Federal Rules of Criminal Procedure, enclosed are the following documents:

ORIGINAL Consent To Transfer Under RULE 20 Form

CERTIFIED Copy of Indictment

CERTIFIED Copy of docket entries

which I hereby certify are the originals filed in this Court on the above cause.

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

MICHAEL W. DOBBINS
*CLERK, U.S. DISTRICT COURT*

BY: Ellenore Duff
*DEPUTY CLERK*

RECEIVED
JUL - 1 2008
CLERK
U.S. DISTRICT COURT
OMAHA

DATE RECEIVED:

RECEIVED
JUL 01 2008
CLERK
U.S. DISTRICT COURT
OMAHA