| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): Rich Schneider<br>C. Date of Delivery: 7-1-08 |
| 1. Article Addressed to:<br><br>Ms. Denise M. Lucks, Clerk<br>United States District Court<br>Roman L. Hruska United States Courthouse, Suite 1152<br>111 South 18th Plaza<br>Omaha, NE 68102<br><br>08cr400 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0001 7313 4511 |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |

FILED
JUL - 8 2008
Jul 8, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT